# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT ALLEN, #C618, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 17-cv-00351-JPG ) |
| BOND COUNTY JAIL, JEFF BROWN, and BOND COUNTY, ILLINOIS, | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF IMPENDING DISMISSAL

**GILBERT, District Judge:**

On April 6, 2017, Plaintiff Robert Allen filed a Complaint against officials at Bond County Jail located in Greenville, Illinois. (Doc. 1). In the Complaint, Plaintiff claims that these officials subjected him to unconstitutional conditions of confinement that included the denial of medical care between November 5, 2016, and January 29, 2017. (Doc. 1, pp. 1-4). In connection with his claims, Plaintiff seeks monetary damages and injunctive relief. *Id*.

This case was opened without payment of a filing fee or the filing of a Motion and Affidavit to Proceed in District Court Without Prepaying Fees or Costs ("IFP Motion"). On the same date, the Clerk of Court sent Plaintiff a letter concerning the action. (Doc. 2). In it, Plaintiff was advised that he must pay the filing fee of $400.00 or file an IFP Motion within thirty (30) days (*i.e.*, on or before **May 8, 2017**). Plaintiff was warned that failure to do so may result in dismissal of this case. Included with this letter was a form IFP Motion. To date, Plaintiff has failed to pay the filing fee for the action or file an IFP Motion.

1

Plaintiff will be given an additional twenty-one (21) days to comply with this requirement before his case is dismissed. Accordingly, Plaintiff is hereby **ORDERED** to provide the Court with a filing fee of $400.00 or a properly completed IFP Motion on or before **May 30, 2017**. If Plaintiff files an IFP Motion, the Court must review his trust fund account statement for the 6-month period immediately preceding the filing of this action. Thus, he must have the Trust Fund Officer at his facility complete the attached certification and provide a copy of his trust fund account statement (or institutional equivalent) for the period 10/1/2016 to 4/6/17. This information should be mailed to the Clerk of Court at the following address: United States District Court – Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois 62201. The Clerk has already provided Plaintiff with a copy of the form IFP Motion along with Doc. 2 and will not need to send him another form at this time.

Plaintiff is also **ADVISED** of his continuing obligation to keep the Clerk and each opposing party informed of any change in his address. The Court will not independently investigate Plaintiff's whereabouts. This shall be done in writing and not later than 7 days after a transfer or other change in address occurs.

**Failure to comply with this Order will result in dismissal of this action for want of prosecution and/or for failure to comply with a court order under Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

**DATED May 8, 2017.**

*s/J. Phil Gilbert*
**District Judge**
**United States District Court**
